IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITHEN L. JONES                                                                                       PLAINTIFF
ADC #85316

V.                                              NO.  4:06CV00006 JMM

PROPES ALONDRA, et al                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 20th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE